| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Sedwick, John W. | 2. Court or Organization District of Alaska | 3. Date of Report 03/12/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U. S. District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

U. S. Dist6rict Court
222 W. 7th Ave., #32
Anchorage, Alaska 99513

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 03/12/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 03/12/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 03/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1st Nat'l Bank Stock | B | Dividend | K | T | | | | | |
| 2. 1st Nat'l Bank Accounts | A | Interest | L | T | | | | | |
| 3. Northrim Bank Accounts | A | Interest | L | T | | | | | |
| 4. Licoln Nat'l Life Policies | D | Interest | N | T | | | | | |
| 5. IRA: Pace Global Fixed Income | A | Dividend | K | T | | | | | |
| 6. IRA: Pace Global Fixed Income | A | Dividend | K | T | Sold (part) | 01/25/17 | J | | |
| 7. IRA: Pace Mtg Backed Sec. Fixed | A | Dividend | J | T | | | | | |
| 8. IRA: Pace Intermediate Fixed | A | Dividend | K | T | Sold (part) | 07/25/17 | J | A | |
| 9. IRA: Pace Intermediate Fixed | A | Dividend | J | T | Sold (part) | 10/25/17 | J | A | |
| 10. IRA: Pace Int'l Emerg Mkts Equity | A | Dividend | L | T | | | | | |
| 11. IRA: Pace Int'l Equity | B | Dividend | K | T | | | | | |
| 12. IRA: Pace Large CO Growth Equity | A | Dividend | L | T | | | | | |
| 13. IRA: Pace Large CO Value Equity | B | Dividend | L | T | | | | | |
| 14. IRA: Pace Sm/Med CO Growth Equity | A | Dividend | J | T | | | | | |
| 15. IRA: Pace Sm/Med CO Value Equity | A | Dividend | J | T | | | | | |
| 16. IRA: Pace Strategic Fixed | A | Dividend | J | T | | | | | |
| 17. IRA: Pace Alt. Strategies | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 03/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   IRA: Pace High Yield | C | Dividend | J | T | | | | | |
| 19.   IRA: Pace Global Real Estate | A | Dividend | K | T | | | | | |
| 20.   IRA#1: Allianz NFJ Dividend Value Fund | D | Dividend | N | T | Sold (part) | 06/20/17 | J | A | |
| 21.   IRA #1: American Funds Capital Income Builder | D | Dividend | L | T | Sold (part) | 06/20/17 | J | | |
| 22.   IRA #1: American Funds Capital World G & I Fund | B | Dividend | M | T | Sold (part) | 06/20/17 | J | A | |
| 23.   IRA #1: American Funds Growth Fund of America | B | Dividend | M | T | Sold (part) | 06/20/17 | J | A | |
| 24.   IRA #1: Calamos Growth Fund | | None | M | T | Sold (part) | 06/20/17 | J | | |
| 25.   IRA #1: Davis New York Venture | B | Dividend | M | T | Sold (part) | 06/20/17 | J | A | |
| 26.   IRA #1: Loomis Sayles Strategic Income Fund | D | Dividend | N | T | Sold (part) | 06/20/17 | J | | |
| 27.   IRA #1: Loomis Sayles Strategic Income Fund | D | Dividend | N | T | Sold (part) | 07/25/17 | J | | |
| 28.   IRA #1: Loomis Sayles Strategic Income Fund | D | Dividend | N | T | Sold (part) | 10/25/17 | J | | |
| 29.   IRA #1: Victory Partners Fund | | None | L | T | Sold (part) | 06/20/17 | J | A | |
| 30.   IRA #1: Victory Emerging Markets Fund | B | Dividend | K | T | Sold (part) | 06/20/17 | J | | |
| 31.   IRA #1: Thornburg Int'l Value Fund | C | Dividend | N | T | Sold (part) | 06/20/17 | J | A | |
| 32.   IRA #1: Federated Strategic Income | D | Dividend | M | T | Sold (part) | 06/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 03/12/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII regarding the IRA accounts: (1) As in past years reinvestments of uncione in the same fund are not reported as separate transactions. (2) Some assets appear more than once, because there was more than one transaction involving that asset in 2017. I have listed income and value codes as of the end of the year on each line to compy with the audit function's review, although it seems to list the value at the end of the year more than once for such assets. (3) As reported in the 2016 report the asset in Spouse's IRA identified as Pace Int'l Fixed Income had a name change to Pace Global Fixed Income, the asset in IRA #1 identified as RS Partners Fund had a name change to Victory Partners Fund, and the asset in IRA #1 identified as RS Emerging Markets Fund had a name change to Victory Emerging Markets Fund.. In the 2016 report I used the "Spinoff" alternative for the name changes, because the program does not include an option for "Name Change." Calamos Growth Fund lited on line 24 paid no dividends or interest, and Victory Partners Fund listed on line 29 paid no dividends or interest. For that reason, there is no entry in Column B 1 for those two assets.

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W. | 03/12/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John W. Sedwick**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544